# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSEPH PALAIA,**

    **Plaintiff,**

**-vs-**                        **Case No. 6:11-cv-684-Orl-28KRS**

**TOTAL MARKETING CONCEPTS, INC.,**
**TOTAL MARKETING TRAINING, INC.,**
**ANDREW DORKO, LINDA HARPER,**
**SURVEY GROUP CORPORATION,**
**GEORGE LONABAUGH,**

    **Defendants.**

_____

# ORDER

This case is before the Court on the Joint Stipulation of Dismissal with Prejudice, Joint Motion for Approval of Settlement (Doc. No. 176) filed December 30, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection to the Report and Recommendation (Doc. 186), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 16, 2012 (Doc. No. 185) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court finds the Settlement Agreement to be a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act provisions.

3. The Joint Stipulation of Dismissal with Prejudice, Joint Motion for Approval of Settlement (Doc. No. 176) is **GRANTED in part**.

4. Counsel for Plaintiffs shall provide a copy of this Order to Plaintiffs.

5. The Court declines to reserve jurisdiction to enforce the settlement agreement.

6. This case is dismissed with prejudice.

7. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 21st day of February, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party